FOX et al., Plaintiffs, v. FEE et al., Defendants. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by Morton R. Fox and others against James

Fee and John Barton. No opinion. Plaintiffs' exceptions overruled, and motion denied, with costs, and judgment ordered on the verdict for the defendants, with costs, on the opinion in the case in 24 App. Div. 314, 49 N. Y. Supp. 292.